DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PINELLAS SUNCOAST TRANSIT AUTHORITY,

Appellant,

v.

STEPHANIE WARD,

Appellee.

No. 2D22-1642
_____

November 8, 2023

Appeal from the Circuit Court for Pinellas County; David A. Demers and Thomas Ramsberger, Judges.

Jeffrey D. Jensen and T. R. Unice, Jr., of Unice Salzman Jensen, P.A., Trinity for Appellant.

Megan Cummings of The Nurse Lawyer, P.A., Palm Harbor, and Kathryn E. Lee of Kathryn Lee, PLLC, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.